RECEIVED

AUG 2 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH WEAVER, ET AL. | MISC. CASE NO. 6:17-157 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Keith Weaver, as Heir and Derivative Claimant; and Janet Chmelik, Steve Weaver and Robin Weaver, as Derivative Claimants of the Estate of Christine Weaver, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 28th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE